Rev. March 31, 2015

# PLEA MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

| CR 15-1515 RB | UNITED STATES vs. JACQUEZ, ET AL |
|---|---|

**Before The Honorable Carmen E. Garza, United States Magistrate Judge**

| | | | |
|---|---|---|---|
| Hearing Date: | 8/3/16 | Time In and Out: | 1:40-1:43; 2:37-2:54 P.M. (17 MIN) |
| Clerk: | B. Wilson | Digital Recording: | LC-Sierra Blanca |
| Defendant: | TOBY CHAPIN PADILLA | Defendant's Counsel: | JOSE CORONADO |
| AUSA: | ANNA R. WRIGHT | Interpreter: | N/A |

☐ Sworn
☐ Waived

☒ Defendant Sworn
☐ First Appearance
☒ Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.
☒ Deft acknowledges receipt of: **Indictment**
☐ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.
☐ Terms and conditions of proposed plea agreement explained.
☐ Defendant indicates understanding of its terms.
☒ Factual predicate to sustain the plea provided.
☒ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.
☒ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).
☒ Deft questioned re time to consult with attorney and if satisfied with his or her representation.
☒ Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges).
☒ Deft pleads GUILTY to: **Indictment**
☒ Allocution by Deft on elements of charge(s).
☒ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.
☒ Deft adjudged guilty.
☐ Acceptance of plea agreement deferred until final disposition hearing by district judge.
☒ Sentencing Date: **to be notified**
☒ Defendant to Remain in Custody
☐ Present conditions of release continued
☐ Conditions changed to:
☐ Penalty for failure to appear explained
☒ Presentence Report Ordered
☐ Expedited (Type III)

Other Matters: DEFENDANT PLED GUILTY TO COUNTS 1, 6, 8-12, 13 AND 24; DEFENDANT IS NOT PLEADING GUILTY TO COUNT 14 AND WILL BE REQUESTING A BENCH TRIAL WITH JUDGE BRACK; DEFENDANT PLED GUILTY TO FORFEITURE ALLEGATION.