**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**Clerk's Minutes**
**Before the Honorable Robert C. Brack**

<u>CASE NO.</u>   15-1515  RB                                         <u>DATE:</u>   August 18, 2016

**Time in court: 4 minutes**

<u>TITLE</u>:   United States v   Toby Chapin Padilla

<u>COURTROOM CLERK:</u>   Jessica Chavez         <u>COURT REPORTER:</u>   Vanessa Alyce

( ) Albuquerque     ( X ) Las Cruces   ( ) Santa Fe    ( ) Roswell

( ) Bench warrant ordered                <u>INTERPRETER</u>:   none

<u>ATTORNEYS PRESENT FOR PLAINTIFF(S):</u>      <u>ATTORNEYS PRESENT FOR DEFENDANT(S):</u>
 Anna Wright                                                 Jose Coronado

<u>TYPE OF PROCEEDING:</u>             Status Hearing

**PROCEEDINGS:**

9:54   a.m. Court in session

Court –    Here on status hearing.

Mr. Coronado – After speaking with Mr. Padilla he intends to plea guilty to the remaining count at the Courts convenience.

Court – can set with Judge Garza on criminal docket.

Mr. Coronado – request time to speak with defendant now and proceed with plea before the Court today.

Court- will be in recess, so Mr. Coronado may speak with Mr. Padilla.

9:58 a.m. Court in recess.