# PLEA MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

| CR 15-1515 RB | UNITED STATES vs. JACQUEZ ET AL |
|---|---|

**Before The Honorable Robert C. Brack, United States District Judge**

| Hearing Date: | August 18, 2016 | Time In and Out: | 10:51 AM -11:02 AM (11 MINUTES) |
|---|---|---|---|
| Clerk: | Jessica Chavez | Court Reporter: | Vanessa Alyce |
| Defendant: | Toby Chapin Padilla | Defendant's Counsel: | Jose Coronado |
| AUSA: | Anna Wright | Interpreter: | N/A |

☐ Sworn
☐ Waived

☒ Defendant Sworn
☐ First Appearance

☐ Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.

☒ Deft acknowledges receipt of: **Indictment**

☐ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.

☐ Terms and conditions of proposed plea agreement explained.   ☐ Defendant indicates understanding of its terms.

☒ Factual predicate to sustain the plea provided.

☒ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.

☒ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).

☒ Deft questioned re time to consult with attorney and if satisfied with his or her representation.

☒ Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges).

☒ Deft pleads GUILTY to: **Indictment**   (Count 14)*

☒ Allocution by Deft on elements of charge(s).

☒ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.

☒ Deft adjudged guilty.

☐ Acceptance of plea agreement deferred until final disposition hearing by district judge.

☒ Sentencing Date: **to be notified**

☒ Defendant to Remain in Custody

☐ Present conditions of release continued   ☐ Conditions changed to:

☐ Penalty for failure to appear explained

☒ Presentence Report Ordered   ☐ Expedited (Type III)

Other Matters: *Defendant, Mr. Padilla previously entered into a plea of guilty to Counts 1, 6, 8-12, 13 and 24 on August 3, 2016 before Judge Garza. PSR has previously been ordered by the Court.