| | Linesheet | User: | Janett Rios |
|---|---|---|---|

| Case: | MS-14-0093 | Target: | 5759565668-010115 | Line: | 5759565668-010115 | File Number: | |
|---|---|---|---|---|---|---|---|
| SV | | | | | | | |

| Session: | 1154 | Date: | 01/17/2015 | Classification: | Non-Pertinent | Duration: | 00:00:23 |
|---|---|---|---|---|---|---|---|
| Monitored By: | sylviav | Start Time: | 15:26:45 MST | Complete: | Not Completed | Direction: | Incoming |
| In Digits: | 5756546618 | Asscociate Number: | (575) 654-6618 | Participants: | FREDDY / CECILIA PADILLA, TOBY | | |

**Synopsis**
A/O THE PERSON YOU ARE TRYING TO REACH HAS A VOICEMAIL BOX...
SV

| Session: | 1155 | Date: | 01/17/2015 | Classification: | Pertinent | Duration: | 00:10:08 |
|---|---|---|---|---|---|---|---|
| Monitored By: | sylviav | Start Time: | 15:42:34 MST | Complete: | Completed | Direction: | None |
| | | Asscociate Number: | 111 | Participants: | PADILLA, TOBY | | |

**Synopsis**
[NO CONTACT ID/NO DIRECTION]
[ASIDE: TOBY SAID THAT LET TOBY KNOW IF IT [NFI] WORKS AND IF IT DOESN'T...]
TOBY TO FREDDY
TOBY ASKED FREDDY IF FREDDY CALLED. FREDDY AFFIRMED. [ASIDE: TOBY SAID TO HOLD ON...]
FREDDY SAID HE COULDN'T FIND THAT WHAT ROBERT, THEN SAID HE WAS GOING TO GO LOOK FOR IT SINCE HE (ROBERT) COULDN'T REMEMBER WHERE HAD PUT THAT PEN/PIN [NFI]. TOBY CUSSED.
CONV REF TRYING TO FIND THE SCREWDRIVER. FREDDY SAID GRANDMA WANTED TOBY TO GO OVER THERE AND EAT MENUDO
TOBY ASKED FREDDY IF BERNICE HAD... THEN TOBY ASKED IF FREDDY HAD SOME ON HIM [NFI] AND THAT TOBY HAD TAKEN HER (BERNICE) ONE LAST NIGHT. FREDDY AFFIRMED. TOBY ASKED IF FREDDY WAS GOING TO SILVER
FREDDY THEN NEGATED AND SAID HE HAD GIVEN THOSE TO BUBU AND ASKED IF TOBY RECALLED. TOBY CONCURRED AND ASKED IF FREDDY HAD TWO MORE TEENERS [NFI]. FREDDY REPLIED HE HAD SOLD ONE TO THE CRAZIES [NFI]. TOBY ACKNOWLEDGED THEN ASKED IF FREDDY HAD MONEY FOR TOBY. FREDDY AFFIRMED AND SAID [U/I].
TOBY WOULD MAKE ANOTHER ONE [NFI] AND [U/I].


GOVERNMENT EXHIBIT 1

U.S. v. Jacquez et al. (linesheets) 2554

Linesheet                                                                 User:   Janett Rios

| Case: | MS-14-0093 | Target: | 5759565668-010115 | Line: | 5759565668-010115 | File Number: |

==TOBY SAID SHE (BERNICE) HAD TO GIVE FREDDY THE 150 [NFI] FIRST BEFORE FREDDY GAVE HER (BERNICE) THE OTHER EIGHT [NFI].  FREDDY ACKNOWLEDGED.== [BACKGROUND ENGINE] TOBY REITERATED THAT IF FREDDY WENT TO SILVER TO LET TOBY KNOW SO THAT TOBY COULD MAKE THAT FOR HIM (FREDDY) AND FREDDY COULD STOP BY FOR IT [NFI] AND TAKE IT TO HER (BERNICE).  TOBY ASKED IF FREDDY HAD CHECKED WITH BUBU AND IF HE (BUBU) NEEDED ANOTHER ONE. FREDDY SAID BUBU WAS THERE... [ASIDE:  FREDDY ASKED IF HE NEEDED ANOTHER ONE...] [BACKGROUND BUBU SAID [U/I] YEAH...]   FREDDY ADVISED TOBY THE HE (BUBU) WOULD MORE THAN LIKELY NEED MORE.  TOBY ACKNOWLEDGED. FREDDY SAID FOR TOBY TO HOLD ON THAT HE (BUBU) WANTED TO TALK TO TOBY.

BUBU TO TOBY
TOBY WORKING.  BUBU ASKED IF TOBY WAS GOING TO MOVE OUT THOSE CARS AT THE HOUSE.
TOBY NEGATED AND ASKED WHY.  BUBU SAID HE DIDN'T KNOW WHERE TO PUT THE BOX THAT BUBU HAD GOTTEN BACK FROM CHAPO AND ADDED HOW BUBU HAD GONE TO HIS MOM'S TO SHOWER AND HOW BUBU HAD SEEN SOMEONE WALKING BACK AND FORTH AND HOW BUBU HAD LEFT THE KEYS OVER THERE.
BUBU ADVISED AFTER THE THIRD TIME BUBU HAD SEEN CHAPO WALKING AROUND ON THE FRONT STREET OF [U/I]  TOBY ASKED [U/I]  BUBU AFFIRMED  [DIALING SOUNDS]  TOBY ASKED IF HE WAS TRYING TO GET THE TOOL BOX BACK OR WHAT.  BUBU SAID HE (CHAPO) HADN'T TOLD BUBU ANYTHING.
BUBU SAID HE (CHAPO) HADN'T GONE INTO THE YARD UNTIL THE LAST TIME [NFI]
TOBY INSTRUCTED BUBU TO PUT THE TOOL BOX IN THE CUARTITO/LITTLE ROOM/SHED  AND TO LOCK IT AND TOBY WOULD KEEP AN EYE ON IT (TOOL BOX).  BUBU SAID WHAT HE HAD/OWNED WOULD FIT IN A WAL-MART BAG AND CHUCKLED.  BUBU ASKED IF TOBY WAS GOING TO TAKE THAT GENERATOR.  TOBY AFFIRMED AND SAID HE HAD TO LOAD IT UP. BUBU WOULD PUT A STRAP ON THAT FRONT BOX. TOBY CONCURRED.
BUBU HOPED TO GET FOAM FOR PADDING OR SOMETHING
CONV REF MUFFLER
[CALL MINIMIZED AT 15:49:39; SPOT CHECKED AT 15:49:48]
CONV REF WIRES/BATTERIES
TOBY ASKED IF BUBU HAD GONE TO [U/I]
BUBU NEGATED AND SAID MONICA
TOBY SAID HE HAD ENOUGH STUFF THOUGH.  TOBY THOUGHT ROBERT WAS WORKING TODAY.
CONV REF JOHN AND DENISE HAVING ALOT OF STUFF PILED UP IN THE BACK.

U.S. v. Jacquez et al. (linesheets)  2555

07/16/2015 12:01:25 MDT                                                                                      405 of 661