Linesheet      User: Ana Rodriguez2

| Case: | MS-14-0093 | Target: | 5753131755_080714 | Line: | 5753131755_080714 | File Number: | |

PARTIES GREETED. MONDELLO SAID [U/I] [AUDIO BREAKS] MONDELLO ASKED WHAT ERIC WAS UP TO. ERIC REPLIED ERIC WAS OUT THERE FINISHING UP ON THE CAR [NFI]. MONDELLO ACKNOWLEDGED AND SAID MONDELLO HAD CALLED TOBS (TOBY) BUT TOBY HAD SAID TOBY DIDN'T LIKE CS. ERIC REPLIED ERIC WASN'T SURE. MONDELLO STATED TOBY DIDN'T LIKE CS. ERIC LAUGHED.
MONDELLO SAID CS WAS IN TOWN AND HAD ABOUT 1800 BUCKS. ERIC ACKNOWLEDGED AND ASKED IF MONDELLO WANTED ERIC TO CALL CS. MONDELLO SAID THAT MONDELLO COULD JUST TELL CS TO GO BY ERIC'S. ERIC AGREED. MONDELLO REITERATED MONDELLO HAD CALLED TOBY BUT TOBY HAD SAID TOBY WOULDN'T DEAL WITH CS. ERIC ACKNOWLEDGED. MONDELLO SAID THAT IF ERIC WANTED CS COULD GO BY ERIC'S AND ERIC COULD JUST GO GRAB CS' MONEY AND GO. ERIC LAUGHED AND SAID THAT IT DIDN'T MATTER. MONDELLO SAID MONDELLO WAS GOING TO TELL CS TO GO BY THE HOUSE (MONDELLO'S). ERIC ACKNOWLEDGED. PARTIES CONCURRED.
[END OF CALL]
EM

| Session: | 632 | Date: | 08/23/2014 | Classification: | Non-Pertinent | Duration: | 00:01:06 |
| Monitored By: | | Start Time: | 12:17:59 MDT | Complete: | Not Completed | Direction: | Incoming |
| In Digits: | 5759568185 | Asscociate Number: | (575) 956-8185 | Participants: | MONDELLO, JUDAH | | |

**Synopsis**

GHOST CALL
EM

| Session: | 633 | Date: | 08/23/2014 | Classification: | Pertinent | Duration: | 00:01:13 |
| Monitored By: | estherm | Start Time: | 12:19:20 MDT | Complete: | Completed | Direction: | Outgoing |
| Out Digits: | 4803566107 | Asscociate Number: | 4803566107 | Participants: | CS MONDELLO, JUDAH | | |

**Synopsis**

MONDELLO TO CS
[SURV]
MONDELLO TOLD CS TO JUST GO BY MONDELLO'S HOUSE WHERE [U/I] AND ADDED ERIC WAS THERE (MONDELLO'S HOUSE) AND ERIC COULD TAKE CARE OF IT [NFI] CS ASKED IF ERIC WAS THERE. MONDELLO AFFIRMED. CS ACKNOWLEDGED AND SAID CS WAS GOING TO DO THAT (GO TO MEET ERIC AT MONDELLO'S HOUSE). MONDELLO ACKNOWLEDGED.
CS ASKED HOW [U/I] TO CS [NFI]. MONDELLO REPLIED MONDELLO DIDN'T KNOW. CS ASKED MONDELLO TO TELL CS. MONDELLO REPLIED IT [NFI] WASN'T MONDELLO'S AND MONDELLO



GOVERNMENT EXHIBIT 3
PENGAD-Bayonne, N.J.

U.S. v. Jacquez et al. (linesheets) 900

Linesheet                                              User:    Ana Rodriguez2

| Case: | MS-14-0093 | Target: | 5753131755_080714 | Line: | 5753131755_080714 | File Number: |
|---|---|---|---|---|---|---|

WAS DONE [NFI] BUT HE (ERIC) WOULD GO OVER TO TUBS (TOBY) AND WAS GOING TO GET IT [NFI] FOR CS. CS ACKNOWLEDGED AND ASKED IF MONDELLO HAD IT [NFI] ON THE SPOT OR CS WAS GOING TO HAVE TO WAIT OR GIVE HIM (ERIC) THE MONEY BEFORE. MONDELLO REPLIED HE (CS) SHOULD NOT BE ABLE TO AND SAID HE (ERIC) SHOULD BE ABLE TO GO GRAB IT [NFI] AND GET IT [NFI]. MONDELLO ADVISED CD TO GO TALK TO HIM OVER THERE. CS ASKED FOR ERIC'S PHONE NUMBER [PAUSE] MONDELLO ASKED IF CS WAS READY. CS AFFIRMED. MONDELLO SAID THE NUMBER WAS 956-8185. CS ASKED IF CS JUST HAD TO CALL ERIC. MONDELLO AFFIRMED. PARTIES CONCURRED.
[END OF CALL]
EM

| Session: | 634 | Date: | 08/23/2014 | Classification: | Non-Pertinent | Duration: | 00:00:51 |
|---|---|---|---|---|---|---|---|
| Monitored By: | estherm | Start Time: | 12:27:04 MDT | Complete: | Not Completed | Direction: | Incoming |
| In Digits: | 5759568185 | Asscociate Number: | (575) 956-8185 | Participants: | MONDELLO, JUDAH ORTEGA, ASHLEY | | |

**Synopsis**
ERIC TO MONDELLO
[SURV]
VOICEMAIL REACHED; NO MESSAGE LEFT
EM

| Session: | 635 | Date: | 08/23/2014 | Classification: | Non-Pertinent | Duration: | 00:00:51 |
|---|---|---|---|---|---|---|---|
| Monitored By: | | Start Time: | 12:27:04 MDT | Complete: | Not Completed | Direction: | Incoming |
| In Digits: | 5759568185 | Asscociate Number: | (575) 956-8185 | Participants: | MONDELLO, JUDAH | | |

**Synopsis**
GHOST CALL
EM

| Session: | 636 | Date: | 08/23/2014 | Classification: | Pertinent | Duration: | 00:01:10 |
|---|---|---|---|---|---|---|---|
| Monitored By: | estherm | Start Time: | 12:29:32 MDT | Complete: | Not Completed | Direction: | Incoming |
| In Digits: | 5759568185 | Asscociate Number: | (575) 956-8185 | Participants: | ERIC, ASHLEY/ MONDELLO, JUDAH | | |

**Synopsis**
ERIC TO MONDELLO

U.S. v. Jacquez et al. (linesheets)  901