Linesheet                                              User:   Ana Rodriguez2

| Case: | MS-14-0093 | Target: | 5753131755_080714 | Line: | 5753131755_080714 | File Number: |
|---|---|---|---|---|---|---|

WAS DONE [NFI] BUT HE (ERIC) WOULD GO OVER TO TUBS (TOBY) AND WAS GOING TO GET IT [NFI] FOR CS. CS ACKNOWLEDGED AND ASKED IF MONDELLO HAD IT [NFI] ON THE SPOT OR CS WAS GOING TO HAVE TO WAIT OR GIVE HIM (ERIC) THE MONEY BEFORE. MONDELLO REPLIED HE (CS) SHOULD NOT BE ABLE TO AND SAID HE (ERIC) SHOULD BE ABLE TO GO GRAB IT [NFI] AND GET IT [NFI]. MONDELLO ADVISED CD TO GO TALK TO HIM OVER THERE. CS ASKED FOR ERIC'S PHONE NUMBER [PAUSE] MONDELLO ASKED IF CS WAS READY. CS AFFIRMED. MONDELLO SAID THE NUMBER WAS 956-8185. CS ASKED IF CS JUST HAD TO CALL ERIC. MONDELLO AFFIRMED. PARTIES CONCURRED.
[END OF CALL]
EM

| Session: | 634 | Date: | 08/23/2014 | Classification: | Non-Pertinent | Duration: | 00:00:51 |
|---|---|---|---|---|---|---|---|
| Monitored By: | estherm | Start Time: | 12:27:04 MDT | Complete: | Not Completed | Direction: | Incoming |
| In Digits: | 5759568185 | Asscociate Number: | (575) 956-8185 | Participants: | MONDELLO, JUDAH / ORTEGA, ASHLEY | | |

**Synopsis**
ERIC TO MONDELLO
[SURV]
VOICEMAIL REACHED; NO MESSAGE LEFT
EM

| Session: | 635 | Date: | 08/23/2014 | Classification: | Non-Pertinent | Duration: | 00:00:51 |
|---|---|---|---|---|---|---|---|
| Monitored By: | | Start Time: | 12:27:04 MDT | Complete: | Not Completed | Direction: | Incoming |
| In Digits: | 5759568185 | Asscociate Number: | (575) 956-8185 | Participants: | MONDELLO, JUDAH | | |

**Synopsis**
GHOST CALL
EM

| Session: | 636 | Date: | 08/23/2014 | Classification: | Pertinent | Duration: | 00:01:10 |
|---|---|---|---|---|---|---|---|
| Monitored By: | estherm | Start Time: | 12:29:32 MDT | Complete: | Not Completed | Direction: | Incoming |
| In Digits: | 5759568185 | Asscociate Number: | (575) 956-8185 | Participants: | ERIC, ASHLEY / MONDELLO, JUDAH | | |

**Synopsis**
ERIC TO MONDELLO


GOVERNMENT EXHIBIT 4

U.S. v. Jacquez et al. (linesheets) 901

Linesheet                                         User:    Ana Rodriguez2

| Case: | MS-14-0093 | Target: | 5753131755_080714 | Line: | 5753131755_080714 | File Number: | |

[SURV]
ERIC ASKED IF CS WAS COMING (TO ERIC'S LOCATION) RIGHT NOW. MONDELLO AFFIRMED AND ADDED MONDELLO HAD GIVEN CS ERIC'S PHONE NUMBER FOR CS TO CALL ERIC. ERIC REPLIED CS HAD NEVER CALLED AND ADDED HE [UNK] WAS ALREADY SENDING FREDDIE OVER HERE (ERIC'S LOCATION). MONDELLO ACKNOWLEDGED AND SAID MONDELLO WAS GOING TO GIVE ERIC CS' NUMBER [PAUSE] MONDELLO ASKED IF ERIC WAS READY. ERIC AFFIRMED. MONDELLO SAID THE NUMBER WAS 480. ERIC STATED THAT HE (CS) DID JUST CALLED AND ADDED ERIC HAD FORGOTTEN ABOUT THAT (CS' CALL). PARTIES CONCURRED.
[END OF CALL]
EM

| Session: | 637 | Date: | 08/23/2014 | Classification: | Non-Pertinent | Duration: | 00:00:45 |
| Monitored By: | | Start Time: | 12:29:56 MDT | Complete: | Not Completed | Direction: | Incoming |
| In Digits: | 5759568185 | Asscociate Number: | (575) 956-8185 | Participants: | ERIC, ASHLEY/ MONDELLO, JUDAH | | |

**Synopsis**

GHOST CALL
EM

| Session: | 638 | Date: | 08/23/2014 | Classification: | Pertinent | Duration: | 00:00:53 |
| Monitored By: | estherm | Start Time: | 13:14:48 MDT | Complete: | Completed | Direction: | Incoming |
| In Digits: | 4803566107 | Asscociate Number: | 4803566107 | Participants: | CS MONDELLO, JUDAH | | |

**Synopsis**

CS TO MONDELLO
[SURV]
CS SAID THAT 14 [NFI] FOR AN OUNCE [NFI] WAS OUT OF CONTROL. MONDELLO REPLIED MONDELLO DIDN'T KNOW. CS ASKED IF IT WAS THE BEST PRICE [NFI]. MONDELLO ASKED IF THAT WAS WHAT ERIC WAS SAYING (14 FOR AN OUNCE [NFI]). CS REPLIED ERIC WAS NOT THERE (CS' LOCATION) BUT CS COULDN'T PAY 14 [NFI] BUT HE (CS) WOULD PAY 12 OR 11 [NFI] MONDELLO SAID ERIC SHOULD DO 12 [NFI] CS ACKNOWLEDGED AND SAID CS WAS GOING TO SEE WHAT WAS UP [NFI] PARTIES CONCURRED.
[END OF CALL]
EM

U.S. v. Jacquez et al. (linesheets)  902

07/16/2015 11:48:01 MDT                                                                226 of 408