| | |
|---|---|
| Mondello: | Uh, okay. Eric did not call him? |
| CS-2: | I don't know [Aside: Did you call him?] [BACKGROUND: Ruiz: I called him] [Aside: and what did he say?] [BACKGROUND: Ruiz: He's coming.] He said he called him and he said he was coming, but . . . |
| Mondello: | [LAUGHS] Okay, I'll call him to see where he is at. |
| CS-2: | Alright, tell him to fuckin hurry dog. |
| Mondello: | Later. |
| CS-2: | Later. |

Based on my training and experience and my conversations with CS-2, I believe that CS-2 called Mondello to see if Mondello could call Freddy to see where Freddy was. When CS-2 said that he was still waiting, I believe that he meant that he was waiting for Freddy to bring the methamphetamine. Based on the conversation during the controlled drug buy between CS-2 and Ruiz, I believe Freddy was supposed to be picking up the methamphetamine from Padilla and bringing it to CS-2 location at 10 Paisano Drive, Arenas Valley, N.M. CS-2 was waiting there with Ruiz for the methamphetamine.

57.  At 1:26 p.m., surveillance agents observed CS-2's vehicle parked at 10 Paisano Drive. Agents also observed several other vehicles parked at the residence. One of the vehicles was a white 4 door Cadillac sedan with New Mexico license plate MWZ484. The vehicle is registered to "Brandon Allensworth or Ange Laura," 10 Paisano Drive, Arenas Valley, N.M.

58.  At 1:45 p.m., surveillance agents observed a brown Chevrolet Impala pass by the intersection of Arenas Valley Road and Elias Road. During previous surveillance on August 21, 2014, a vehicle matching this description was seen at Padilla's house, 111 N. East Street, Santa Clara, N.M. That vehicle displayed New Mexico license plate 772SLK, and is registered to "Toby Padilla or Sandra Cuhen," P.O. Box 1205, Santa Clara, N.M.

GOVERNMENT EXHIBIT 5

U.S. v. Jacquez et al. (wire pleadings) 137

59. At 2:16 p.m., CS-2 told agents by telephone that he/she was leaving 10 Paisano Dr. and the methamphetamine transaction had been completed. CS-2 also reported the methamphetamine had been delivered by an unknown male, (Freddy LNU) in a brown Chevrolet sedan with New Mexico license plate 772SLK. Agents observed CS-2's vehicle entering US Highway 180 from Arenas Valley Road at about the same time. DEA and FBI agents met with CS-2 at a designated location immediately after the transaction and received a clear plastic baggie with approximately 19 grams of methamphetamine and the recording device. CS-2 and CS-2's vehicle were again checked for contraband with negative results. Surveillance was terminated at 2:30 p.m.

60. Agents took custody of the suspected methamphetamine and field tested it for methamphetamine with positive results. CS-2 reported that CS-2 had paid $600 for approximately 19 gross grams of methamphetamine.

61. Agents processed the recording device that was in CS-2's custody during the controlled drug purchase. The recording picks up conversation between Ruiz and CS-2 negotiating the price for the methamphetamine. The recording indicates that Seth Metzler arrived at 10 Paisano Drive, Arenas Valley, during the transaction. At one time in the conversation, Ruiz told CS-2 that he was living in Mondello's house. They discussed Padilla not wanting to deal with CS-2. Ruiz also discussed Goodyear being arrested in Arizona. Approximately 34 minutes into the recording, Ashley Ortega arrived and joined into the conversation. Ruiz then made a call to Freddy LNU and confirmed that he was coming. Toll records show that the only phone number that Ruiz called during this time period (other than TT1, **TT2**, and CS-2's phone, was phone number 575-956-6618, which I believe to be the phone number used by Freddy. Ruiz then told

Page 31 of 59

U.S. v. Jacquez et al. (wire pleadings) 138