U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION | | | Page 1 of 5 |
|---|---|---|---|
| 1. Program Code | 2. Cross File  Related Files | 3. File No. | 4. G-DEP Identifier |
| 5. By: W.X Kirkpatrick, SA  At: Las Cruces RO | ☒ ☐ ☐ | 6. File Title  MONDELLO, Judah | |
| 7. ☐ Closed ☐ Requested Action Completed  ☐ Action Requested By: | ☐ ☐ | 8. Date Prepared  09-23-2015 | |
| 9. Other Officers: SA P. Wooden | | | |
| 10. Report Re: Proffer with ▓▓▓▓ on 9/23/15. | | | |

**SYNOPSIS**

On 9/23/15, a proffer was conducted with ▓▓▓▓ regarding his involvement in distributing methamphetamine in Grant County, NM. In sum, ▓▓▓▓ admitted to delivering 1 - 3 pound quantities of methamphetamine from Arizona to Daniel JACQUEZ in Silver City, NM on several occasions from January to April of 2015.

**DETAILS**

1. Reference is made to previous correspondence under ▓▓▓▓.

2. A proffer was conducted with ▓▓▓▓ in Las Cruces, NM regarding his involvement with JACQUEZ. Present for the proffer were SA P. Wooden, AUSA G. Winstead, ▓▓▓▓ (attorney representing ▓▓▓▓). Prior to beginning the interview, AUSA Winstead reviewed the conditions of the proffer and ▓▓▓▓ stated that he understood those conditions.

3. In sum, but not verbatim, ▓▓▓▓ related the following information:

- ▓▓▓▓ stated that he met JACQUEZ through Toby PADILLA in the summer of 2014. ▓▓▓▓ said that he had known PADILLA for over 20 years and knew PADILLA to be involved in using and selling methamphetamine during that time. ▓▓▓▓ believed that PADILLA had a methamphetamine supplier in California but could provide no further

| 11. Distribution:  Division  District  Other | 12. Signature (Agent)  William X Kirkpatrick, SA | 13. Date  10-16-2015 |
|---|---|---|
| | 14. Approved (Name and Title)  /s/ Ronald R Brown, GS | 15. Date  10-19-2015 |

DEA Form - 6
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

GOVERNMENT EXHIBIT 6

US v. JACQUEZ ET AL. 019936

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION
(Continuation)

| | |
|---|---|
| 1. File No. | 2. G-DEP Identifier |
| 3. File Title MONDELLO, Judah | |

4. Page 2 of 5

5. Program Code

6. Date Prepared 09-23-2015

information. ▮▮▮ also believed that PADILLA never knew he was making deliveries to Silver City for JACQUEZ.

- ▮▮▮ stated that in November of 2014 he purchased the Dodge truck he was driving at the time of his arrested and also lost his job shortly after acquiring the truck. ▮▮▮ added that another job in Texas did not come through and he found himself without employment and needed money to pay bills. In December of 2014, ▮▮▮ said that PADILLA facilitated an agreement with JACQUEZ for ▮▮▮ to receive a quantity of methamphetamine for JACQUEZ from a supplier in Phoenix. ▮▮▮ explained that JACQUEZ had already agreed to obtain methamphetamine from this supplier and it would be delivered to his house and he would store it for a day or two until JACQUEZ could pick it up and transport it to Silver City, NM. ▮▮▮ identified Gilbert MORENO as the person who usually transported the methamphetamine for JACQUEZ and ▮▮▮ estimated that a pound of methamphetamine was delivered to him each time. ▮▮▮ also said that he did this twice in December of 2014 for JACQUEZ and received between $150 and $200 each time. ▮▮▮ recalled seeing Anthony DAVILA with MORENO and JACQUEZ but stated that he attempted to limit his contact to only JACQUEZ.
- According to ▮▮▮, January 9, 2015 was the last time that JACQUEZ sent MORENO to pick up methamphetamine that had been delivered to ▮▮▮. ▮▮▮ recalled that JACQUEZ did not accompany MORENO because JACQUEZ was in El Paso.
- ▮▮▮ said that after January 9th he began to transport methamphetamine from Phoenix to Silver City for JACQUEZ. ▮▮▮ explained that he received $400 per pound when he delivered it to JACQUEZ. ▮▮▮ also said that he would remain in Silver City a few days while JACQUEZ collected proceeds from selling the methamphetamine and then he would transport money back to Phoenix and deliver it to the supplier.
- ▮▮▮ recalled that on January 15, 2015, he brought three pounds of methamphetamine to Silver City and delivered it to MORENO because JACQUEZ was out of town. ▮▮▮ stated that he met MORENO at MORENO'S residence and later was paid $1,200 for the trip. ▮▮▮ said that he delivered two or three pounds of methamphetamine each time he came to Silver City.

DEA Form -6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

US v. JACQUEZ ET AL. 019937


U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
*(Continuation)*

| | |
|---|---|
| 1. File No. | 2. G-DEP Identifier |
| 3. File Title MONDELLO, Judah | |
| 4. Page 3 of 5 | |
| 5. Program Code | 6. Date Prepared 09-23-2015 |

- ▪▪▪ also said that the delivery on February 3, 2015 was the first time he went to JACQUEZ'S house on 32nd Street and JACQUEZ was the only person he met with there.
- ▪▪▪ stated that he did not know who JACQUEZ'S supplier was in Arizona for the methamphetamine and the deliveries to his house were initially arranged by JACQUEZ. ▪▪▪ stated that he did help coordinate additional deliveries of methamphetamine and proceeds to the supplier because he could speak Spanish and JACQUEZ could not. ▪▪▪ admitted that he was able to procure a larger quantity of methamphetamine for JACQUEZ and this began in January when he started making the deliveries to Silver City. ▪▪▪ stated that he did this in part to help JACUQEZ grow his distribution business and also so he could earn more since he was paid by the pound.
- ▪▪▪ stated that he used two telephones, one had a '602' area code and the other phone had a '562' area code. ▪▪▪ added that '562' telephone was a prepaid phone and this was the only phone he contacted the supplier with. ▪▪▪ said he did not know the identity of the supplier but believed he was from Mexico. ▪▪▪ described the usual manner in which deliveries were conducted by saying once a call was placed to the supplier, the methamphetamine was delivered to his house the same day. ▪▪▪ said there were one or two delivery guys who drove an older model Toyota Corolla with faded gray paint and had Arizona license plates. ▪▪▪ said the methamphetamine was dropped off at his house and he never met them anywhere else. The payment of money would occur in a similar manner. ▪▪▪ would contact the supplier and the same male subject would arrive and pick up the proceeds from him.
- ▪▪▪ stated that JACQUEZ paid $6,000 per pound for the methamphetamine and his $400 payment was added to that price. ▪▪▪ said that JACQUEZ would send at least a partial payment for the methamphetamine back to Arizona with ▪▪▪. On two occasions, JACQUEZ took proceeds to ▪▪▪ father who held the money until ▪▪▪ next trip to Silver City.
- ▪▪▪ said that JACQUEZ expressed an interest in obtaining multi-ounce quantities of cocaine and ▪▪▪ admitted that he contacted the methamphetamine supplier on JACQUEZ'S behalf to get a price quote. ▪▪▪ stated that the supplier quoted a price of $900-$1,000 per ounce and appeared alarmed at the inquiry. ▪▪▪ said that

DEA Form -6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

US v. JACQUEZ ET AL. 019938

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title MONDELLO, Judah | |

4. Page 4 of 5

5. Program Code

6. Date Prepared 09-23-2015

JACQUEZ concluded there wasn't enough profit for him at that price and he never obtained any cocaine for JACQUEZ. ▇▇▇ added that JACQUEZ also asked him if he knew anyone that could supply them with hi-grade marijuana or heroin. ▇▇▇ said he told JACQUEZ that he did not and the subject was not brought up again. ▇▇▇ also stated that JACQUEZ used the term "singles" to refer to cocaine when they discussed the matter.

- ▇▇▇ said that on April 28, 2015, he returned to Silver City with three pounds of methamphetamine that he delivered to JACQUEZ. ▇▇▇ explained that they met late at night in Santa Clara, NM and he gave the methamphetamine to JACQUEZ. ▇▇▇ also said that JACQUEZ offered to let ▇▇▇ stay at his house that night since it was late and ▇▇▇ did not want to disturb his family members who live in the area. ▇▇▇ accepted the offer and met JACQUEZ at his residence on 32nd Street 20-30 minutes later. ▇▇▇ said that he did not know where JACQUEZ went in between the time of their meeting in Santa Clara and when he arrived at his house, but ▇▇▇ did not see the methamphetamine again. ▇▇▇ said that he visited with his family the following day while waiting for JACQUEZ to gather money for him to take back to Arizona and stayed at a hotel on the 29th. ▇▇▇ also claimed that the money seized from his truck belonged to him and his wife and he had brought it from Arizona with a plan to try and purchase a trailer from his uncle so his family would have a place to stay when they visited the area. Or, he could also rent the trailer out for the income.

- In addition to the information on JACQUEZ and his associates, ▇▇▇ related that a person named 'Jason', who used to be a police officer in Bayard, NM, was living with Steven Jacquez near the cemetery in Santa Clara, NM and was involved in selling methamphetamine. ▇▇▇ said that Jason obtained the methamphetamine from a supplier in Tucson, AZ.

- ▇▇▇ also identified a person named Marquez who sold cocaine from his house in Bayard, NM. ▇▇▇ added this house was the same place where a shooting occurred earlier this year and a person was shot in the face.

- ▇▇▇ related there were two brothers who were members of a local street gang who each drove Lincoln Navigators and are from Mimbres, NM. ▇▇▇ said these brothers live in a trailer on Budge Drive in

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

US v. JACQUEZ ET AL. 019939

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title MONDELLO, Judah | |
| 4. Page 5 of 5 | | |
| 5. Program Code | 6. Date Prepared 09-23-2015 | |

Bayard, NM and are robbing other drug traffickers and were involved in a burglary of the State Police Office in Silver City where several firearms were stolen.

4. Prior to concluding the proffer, ▇▇▇▇ signed a consent form authorizing agents to retrieve data stored on the cellular telephone that ▇▇▇▇ had in his possession at the time of his arrest on April 30, 2015. ▇▇▇▇ did not have any further information to provide at the time and the proffer was ended.

**INDEXING**

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

US v. JACQUEZ ET AL. 019940