**Linesheet**                                                                                       User:   Janett Rios

| Case: | MS-14-0093 | Target: | 5759565668-120214 | Line: | 5759565668-120214 | File Number: | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Session: | 127 | Date: | 12/05/2014 | Classification: | Non-Pertinent | Duration: | 00:00:29 |
| Monitored By: | | Start Time: | 11:34:24 MST | Complete: | Not Completed | Direction: | Incoming |
| In Digits: | 5052402645 | Asscociate Number: | (505) 240-2645 | Participants: | PADILLA, TOBY / UM546 | | |

**Synopsis**
GHOST CALL
EM

| Session: | 128 | Date: | 12/05/2014 | Classification: | Non-Pertinent | Duration: | 00:00:39 |
|---|---|---|---|---|---|---|---|
| Monitored By: | estherm | Start Time: | 12:15:12 MST | Complete: | Not Completed | Direction: | Incoming |
| In Digits: | 9542040200 | Asscociate Number: | (954) 204-0200 | Participants: | CLAIM ASSISTANCE GROUP / PADILLA, TOBY | | |

**Synopsis**
A/O: "I'M SORRY THE PERSON YOU ARE TRYING TO REACH HAS A VOICEMAIL BOX THAT HAS NOT BEEN SET UP YET, PLEASE TRY YOUR CALL AGAIN LATER, GOOD BYE."
[END OF CALL]
EM

| Session: | 129 | Date: | 12/05/2014 | Classification: | Non-Pertinent | Duration: | 00:00:39 |
|---|---|---|---|---|---|---|---|
| Monitored By: | | Start Time: | 12:15:12 MST | Complete: | Not Completed | Direction: | Incoming |
| In Digits: | 9542040200 | Asscociate Number: | (954) 204-0200 | Participants: | CLAIM ASSISTANCE GROUP / PADILLA, TOBY | | |

**Synopsis**
GHOST CALL
EM

| Session: | 130 | Date: | 12/05/2014 | Classification: | Pertinent | Duration: | 00:01:14 |
|---|---|---|---|---|---|---|---|
| Monitored By: | estherm | Start Time: | 12:36:50 MST | Complete: | Completed | Direction: | Outgoing |
| Out Digits: | 5755742491 | Asscociate Number: | (575) 574-2491 | Participants: | PADILLA, TOBY / TT3 DANIEL JACQUEZ AKA DAN/DANNY | | |

**Synopsis**
TOBY TO UM96
PARTIES GREETED.  TOBY SAID TOBY WAS WAITING ON ALONZO BECAUSE ALONSO HAD SAID ALONZO WAS GOING TO BRING IT [NFI] TO TOBY.  UM96 ACKNOWLEDGED AND ASKED TOBY TO LET UM96 KNOW WHAT WAS GOING ON BECAUSE UM96 WAS GOING TO BE LEAVING TOWN AROUND 4:00 AND WAS GOING TO TRY TO MEET TOBY BEFORE (LEAVING TOWN) TO BE ABLE



U.S. v. Jacquez et al. (linesheets)   1317

07/16/2015 11:50:38 MDT                                                                                                37 of 870

Linesheet                                                                        User:    Janett Rios

| Case: | MS-14-0093 | Target: | 5759565668-120214 | Line: | 5759565668-120214 | File Number: | |

TO GIVE THAT [NFI] TO UM96'S BROTHER. TOBY ACKNOWLEDGED. UM96 ADDED THAT IN THAT WAY UM96'S BROTHER COULD HAVE TOBY TAKEN CARE OF TOO [NFI]. TOBY SAID THAT IF NOT (ALONZO DIDN'T GIVE IT [NFI] TO TOBY) TOBY WAS GOING TO GET UM96 WHATEVER TOBY GOT [NFI] UM96 ACKNOWLEDGED. TOBY SAID HE (ALONZO) HAD GOTTEN TOBY 5 [NFI] ALREADY BUT STILL OWED TOBY THE REST OF IT [NFI]. UM96 ACKNOWLEDGED. TOBY REITERATED THAT WAS WHY TOBY WAS WAITING ON HIM (ALONZO). UM96 ACKNOWLEDGED. TOBY SAID AGAIN THAT TOBY WAS GOING TO GIVE UM96 AT LEAST WHATEVER TOBY GOT RIGHT NOW. UM96 ACKNOWLEDGED.
TOBY ASKED IF UM96 WAS AT UM96'S HOUSE. UM96 REPLIED UM96 WAS EATING REAL QUICK AND WAS GOING TO CALL TOBY WHEN UM96 GOT OUT OF THE RESTAURANT. TOBY ACKNOWLEDGED. PARTIES CONCURRED.
[END OF CALL]
EM

| Session: | 131 | Date: | 12/05/2014 | Classification: | Non-Pertinent | Duration: | 00:00:12 |
| Monitored By: | | Start Time: | 12:36:51 MST | Complete: | Not Completed | Direction: | Outgoing |
| Out Digits: | | Asscociate Number: | | Participants: | PADILLA, TOBY | | |

**Synopsis**

DUPLICATE CALL
EM

| Session: | 132 | Date: | 12/05/2014 | Classification: | Non-Pertinent | Duration: | 00:00:34 |
| Monitored By: | estherm | Start Time: | 13:06:45 MST | Complete: | Not Completed | Direction: | Incoming |
| In Digits: | 9542040200 | Asscociate Number: | (954) 204-0200 | Participants: | CLAIM ASSISTANCE GROUP PADILLA, TOBY | | |

**Synopsis**

A/O: I'M SORRY THE PERSON THAT HAD BEEN TRYING TO REACH HAS A VOICEMAIL BOX THAT HAS BEEN SET UP YET.
[END OF CALL]
EM

| Session: | 133 | Date: | 12/05/2014 | Classification: | Non-Pertinent | Duration: | 00:00:34 |
| Monitored By: | | Start Time: | 13:06:45 MST | Complete: | Not Completed | Direction: | Incoming |
| In Digits: | 9542040200 | Asscociate Number: | (954) 204-0200 | Participants: | CLAIM ASSISTANCE GROUP PADILLA, TOBY | | |

**Synopsis**

U.S. v. Jacquez et al. (linesheets)  1318