Linesheet                                        User:    Janett Rios

| Case: MS-14-0093 | Target: 5759565668-120214 | | Line: 5759565668-120214 | | File Number: |

### Synopsis
A/O: VOICEMAIL BOX IS NOT SET UP YET
CR1

| Session: | 142 | Date: | 12/05/2014 | Classification: | Non-Pertinent | Duration: | 00:00:36 |
| Monitored By: | carmenr | Start Time: | 18:01:05 MST | Complete: | Not Completed | Direction: | Incoming |
| In Digits: | 5755374000 | Asscociate Number: | (575) 537-4000 | Participants: | PADILLA, TOBY | | |

### Synopsis
VOICEMAIL REACHED; NO MESSAGE LEFT
CR1

| Session: | 143 | Date: | 12/05/2014 | Classification: | Non-Pertinent | Duration: | 00:00:35 |
| Monitored By: | | Start Time: | 18:01:05 MST | Complete: | Not Completed | Direction: | Incoming |
| In Digits: | 5755374000 | Asscociate Number: | (575) 537-4000 | Participants: | PADILLA, TOBY | | |

### Synopsis
GHOST CALL
CR1

| Session: | 144 | Date: | 12/05/2014 | Classification: | Pertinent | Duration: | 00:02:33 |
| Monitored By: | carmenr | Start Time: | 19:39:02 MST | Complete: | Completed | Direction: | Outgoing |
| Out Digits: | 5759567105 | Asscociate Number: | (575) 956-7105 | Participants: | JOHN PADILLA, TOBY | | |

### Synopsis
TOBY TO JOHN
[NOTE: TOBY ID'D JOHN]
PARTIES GREETED. TOBY ASKED ABOUT THE FOOD [NFI]. JOHN REPLIED THAT JOHN HAD
ABOUT 5 [NFI] HERE. TOBY ACKNOWLEDGED. TOBY MENTIONED THAT EITHER TOBY OR
FREDDY WOULD STOP BY FOR IT [NFI]. TOBY MENTIONED THAT HE (TOBY) HAD TO GIVE THAT
[NFI] OVER TO DAN. JOHN ACKNOWLEDGED. TOBY EXPLAINED THAT IN ORDER TO RE-UP [NFI]
AGAIN. JOHN ACKNOWLEDGED AND ASKED IF TOBY HAD HEARD ABOUT THAT ATM THAT HAD
GOTTEN STOLEN HERE IN TOWN. TOBY NEGATED AND ASKED WHAT HAD HAPPENED.
JOHN MENTIONED THAT THEY [UNK] HAD STOLEN AN ATM RIGHT OUT OF A STORE. TOBY
ASKED IF HERE IN SILVER CITY. JOHN EXPLAINED THAT THEY [UNK] HAD TOWED IT (ATM) DOWN
THE ROAD, HIT A COUPLE OF CARS WITH IT (ATM) AND HAD TAKEN IT ALL THE WAY TO THEIR
[UNK] HOUSE. JOHN ASKED IF TOBY KNEW WHO KATY WAS AND ADDED THE TALL GIRL. TOBY
AFFIRMED. JOHN MENTIONED THAT IT HAD BEEN HER (KATY) AND SOMEBODY ELSE [UNK].
TOBY ACKNOWLEDGED AND MENTIONED THAT IT WAS RETARDED TO DRIVE THE ATM ALL THE

GOVERNMENT
EXHIBIT
9
PENGAD-Bayonne, N. J.

U.S. v. Jacquez et al. (linesheets)  1321