Linesheet                                                                                                         User:    Janett Rios

| Case: | MS-14-0093 | Target: | 5759565668-120214 | Line: | 5759565668-120214 | File Number: | |
|---|---|---|---|---|---|---|---|
| Session: | 155 | Date: | 12/05/2014 | Classification: | Non-Pertinent | Duration: | 00:00:36 |
| Monitored By: | carmenr | Start Time: | 19:50:41 MST | Complete: | Not Completed | Direction: | Outgoing |
| Out Digits: | 5755742491 | Asscociate Number: | (575) 574-2491 | Participants: | PADILLA, TOBY  TT3 DANIEL JACQUEZ AKA DAN/DANNY | | |

**Synopsis**

A/O: VOICEMAIL BOX NOT SET UP YET
CR1

| Session: | 156 | Date: | 12/05/2014 | Classification: | Non-Pertinent | Duration: | 00:00:28 |
|---|---|---|---|---|---|---|---|
| Monitored By: | | Start Time: | 19:50:42 MST | Complete: | Not Completed | Direction: | Outgoing |
| Out Digits: | | Asscociate Number: | | Participants: | PADILLA, TOBY | | |

**Synopsis**

DUPLICATE CALL
CR1

| Session: | 157 | Date: | 12/05/2014 | Classification: | Pertinent | Duration: | 00:01:23 |
|---|---|---|---|---|---|---|---|
| Monitored By: | carmenr | Start Time: | 19:51:45 MST | Complete: | Completed | Direction: | Outgoing |
| Out Digits: | 5755742491 | Asscociate Number: | (575) 574-2491 | Participants: | PADILLA, TOBY  TT3 DANIEL JACQUEZ AKA DAN/DANNY | | |

**Synopsis**

TOBY TO DAN
PARTIES GREETED. TOBY SAID SOMEONE HAD [U/I] FORM DAN'S PHONE, BECAUSE IT CAME UP AT THE SAME TIME. DAN MENTIONED THAT IT WAS PROBABLY ONE OF DAN'S KIDS [UNK] BY ACCIDENT. TOBY ACKNOWLEDGED. DAN REITERATED THAT IT HAD TO BE PROBABLY ONE OF HIS KIDS [UNK] THAT HAD ACCIDENTALLY DIALED. TOBY ACKNOWLEDGED AND MENTIONED THAT TOBY HAD FINALLY GOTTEN ALL OF THAT [NFI] TOGETHER FOR DAN. DAN ACKNOWLEDGED AND MENTIONED THAT DAN HAD JUST RECEIVED TOBY'S MESSAGE AND ADDED THAT DAN WAS TRYING TO GET A HOLD OF DAN'S BROTHER [UNK].
TOBY MENTIONED THAT TOBY WAS GOING TO SEND FREDDY TO GO PICK UP THE LAST FIVE [NFI] FROM JOHN AND THEN TAKE IT TO DAN. DAN ACKNOWLEDGED AND MENTIONED FOR FREDDY TO PICK UP THE LAST FIVE [NFI] AND THEN FOR FREDDY TO TAKE IT TO DAN'S MOTHER IN LAW'S [UNK]. TOBY ACKNOWLEDGED. DAN EXPLAINED THAT BECAUSE DAN'S BROTHER [UNK] WAS NOT ANSWERING THE PHONE AND LATER ON DAN WOULD HAVE DAN'S BROTHER [UNK] PICK IT [NFI] UP FROM HER (DAN'S MOTHER IN LAW). TOBY ACKNOWLEDGED AND MENTIONED THAT TOBY WOULD DO THAT. DAN ACKNOWLEDGED. PARTIES EXCHANGED GOODBYES.
[END OF CALL]

GOVERNMENT EXHIBIT 10

U.S. v. Jacquez et al. (linesheets)   1325