Linesheet                                                                     User:   Janett Rios

| Case: | MS-14-0093 | Target: | 5759565668-120214 | Line: | 5759565668-120214 | File Number: | |

A/O: "I'M SORRY THE PERSON YOU ARE TRYING TO REACH HAS A VOICE..."
CG

| Session: | 639 | Date: | 12/10/2014 | Classification: | Non-Pertinent | Duration: | 00:00:33 |
| Monitored By: | | Start Time: | 18:25:02 MST | Complete: | Not Completed | Direction: | Incoming |
| In Digits: | 5753131306 | Asscociate Number: | (575) 313-1306 | Participants: | PADILLA, TOBY SAMANTHA | | |

**Synopsis**

GHOST CALL
CG

| Session: | 640 | Date: | 12/10/2014 | Classification: | Non-Pertinent | Duration: | 00:00:38 |
| Monitored By: | claudiag | Start Time: | 18:25:48 MST | Complete: | Completed | Direction: | Outgoing |
| Out Digits: | 5753131306 | Asscociate Number: | (575) 313-1306 | Participants: | PADILLA, TOBY SAMANTHA | | |

**Synopsis**

TOBY TO SAMANTHA
SAMANTHA ASKED IF TOBY HAD MARY ASK TO USE SAMANTHA'S FOOD STAMP CARD.  TOBY SAID SANDRA MIGHT HAVE.  SAMANTHA ASKED TOBY TO HAVE MARY TAKE IT (FOOD STAMP CARD) BACK, BECAUSE SAMANTHA NEEDED TO BUY MILK FOR SOFIA BEFORE SAMANTHA LEAVES.  TOBY AGREED.
[END OF CALL]
CG

| Session: | 641 | Date: | 12/10/2014 | Classification: | Pertinent | Duration: | 00:01:56 |
| Monitored By: | claudiag | Start Time: | 18:46:02 MST | Complete: | Not Completed | Direction: | Incoming |
| In Digits: | 5755742491 | Asscociate Number: | (575) 574-2491 | Participants: | PADILLA, TOBY TT3 DANIEL JACQUEZ AKA DAN/DANNY | | |

**Synopsis**

DAN TO TOBY
PARTIES GREETED.  DAN TOLD TOBY THAT DAN TRIED CALLING TOBY IN THE MORNING, BUT I GUESS TOBY WAS SLEEPING.  TOBY ACKNOWLEDGED, AND COMPLAINED ABOUT HIS PHONE ACTING UP.  TOBY ASKED IF DAN GOT THAT [NFI] ALREADY, OR WHAT.  DAN AFFIRMED, AND ASKED TOBY TO SEND HOMES [UNK].  TOBY AGREED TO SEND HIM [UNK] RIGHT NOW.


GOVERNMENT EXHIBIT 11

U.S. v. Jacquez et al. (linesheets)  1481

07/16/2015 11:50:53 MDT                                                                           201 of 870

Linesheet                                                                                     User:   Janett Rios

| Case: | MS-14-0093 | Target: | 5759565668-120214 | Line: | 5759565668-120214 | File Number: |
|---|---|---|---|---|---|---|

TOBY ASKED DAN WHAT THEY [UNK] HAD SENT THIS TIME, IF THE SAME.  DAN AFFIRMED, AND SAID THAT THEY [UNK] SAID THAT IF DAN ET AL GO OVER THERE [NFI] AND PAY CASH, THAT THEY [UNK] WILL DO THE WHOLE THING FOR EIGHT.  TOBY ACKNOWLEDGED, AND ASKED DAN WHAT THE DEAL WAS WITH THAT OTHER GUY [UNK], FROM THAT OTHER PLACE (CALIFORNIA).  DAN SAID THEY [UNK] GOT IT, AND WANT DAN TO GO UP THERE ON SATURDAY TO TALK TO THEM [UNK]. DAN SAID HE (DAN) WAS GOING.  TOBY ACKNOWLEDGED THAT DAN WAS GOING TO GO TALK TO THEM [UNK], AND SAID THAT WAS GOOD.
TOBY TOLD DAN TO LET TOBY KNOW IF DAN NEEDS A DRIVER.  DAN AFFIRMED, AND SAID DAN WAS GOING TO GO TALK TO THEM [UNK], AND IF EVERYTHING WORKS OUT, THEN DAN WILL GIVE TOBY A CALL.  TOBY AGREED.  [ASIDE:  TOBY ASKED IF MARI HAD TAKEN THE CARD (EBT) BACK TO SAMANTHA.]  [BACKGROUND:  MARI SAID YES.]  DAN SAID HE WANTED TO MAKE SURE THEY [UNK] WEREN'T BULLSHITTING, AND THAT WAS THE REASON DAN WAS GOING (TO TALK TO THEM).  [ASIDE:  TOBY ASKED IF UNKNOWN PERSON HAD GIVEN THE KEYS TO FREDDY.  TOBY THEN ADDED THAT HE [UNK] NEEDED TO GO DO SOMETHING FOR TOBY.]  TOBY SAID HE (TOBY) WAS SENDING HIM [UNK] RIGHT NOW.  DAN AGREED.
[END OF CALL]
CG

| Session: | 643 | Date: | 12/10/2014 | Classification: | Non-Pertinent | Duration: | 00:30:00 |
|---|---|---|---|---|---|---|---|
| Monitored By: | claudiag | Start Time: | 18:46:03 MST | Complete: | Not Completed | Direction: | Incoming |
| In Digits: | 5755199338 | Asscociate Number: | (575) 519-9338 | Participants: | DANNY PADILLA, TOBY | | |

### Synopsis
DATA ONLY CALL/ NO AUDIO
CG

| Session: | 644 | Date: | 12/10/2014 | Classification: | Non-Pertinent | Duration: | 00:00:04 |
|---|---|---|---|---|---|---|---|
| Monitored By: | | Start Time: | 18:46:04 MST | Complete: | Not Completed | Direction: | Incoming |
| In Digits: | 5755199338 | Asscociate Number: | (575) 519-9338 | Participants: | DANNY PADILLA, TOBY | | |

### Synopsis
GHOST CALL
CG

| Session: | 642 | Date: | 12/10/2014 | Classification: | Non-Pertinent | Duration: | 00:01:43 |
|---|---|---|---|---|---|---|---|
| Monitored By: | | Start Time: | 18:46:14 MST | Complete: | Completed | Direction: | Incoming |
| In Digits: | 5755742491 | Asscociate Number: | (575) 574-2491 | Participants: | PADILLA, TOBY TT3 DANIEL JACQUEZ AKA DAN/DANNY | | |

U.S. v. Jacquez et al. (linesheets)  1482