Linesheet                                      User:   Ana Rodriguez2

| Case: | MS-14-0093 | Target: | 5755742491-010215 | Line: | 5755742491-010215 | File Number: | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Session: | 406 | Date: | 01/07/2015 | Classification: | Non-Pertinent | Duration: | 00:30:00 |
| Monitored By: | estherm | Start Time: | 11:43:39 MST | Complete: | Completed | Direction: | Incoming |
| In Digits: | 5759568995 | Asscociate Number: | (575) 956-8995 | Participants: | MOM | | |
| | | | | | TT3 DANIEL JACQUEZ AKA DAN/DANNY | | |

**Synopsis**
*DATA ONLY CALL / NO AUDIO
VS

| Session: | 407 | Date: | 01/07/2015 | Classification: | Non-Pertinent | Duration: | 00:00:16 |
|---|---|---|---|---|---|---|---|
| Monitored By: | | Start Time: | 11:43:39 MST | Complete: | Completed | Direction: | Incoming |
| In Digits: | 5759568995 | Asscociate Number: | (575) 956-8995 | Participants: | MOM | | |
| | | | | | TT3 DANIEL JACQUEZ AKA DAN/DANNY | | |

**Synopsis**
GHOST CALL
VS

| Session: | 408 | Date: | 01/07/2015 | Classification: | Pertinent | Duration: | 00:00:53 |
|---|---|---|---|---|---|---|---|
| Monitored By: | estherm | Start Time: | 12:14:39 MST | Complete: | Completed | Direction: | Incoming |
| In Digits: | 5759565668 | Asscociate Number: | (575) 956-5668 | Participants: | PADILLA, TOBY | | |
| | | | | | TT3 DANIEL JACQUEZ AKA DAN/DANNY | | |

**Synopsis**
[X-REF SESSION 408 TT2 (591)]
TOBY TO DAN
TOBY ASKED IF DAN COULD PICK THAT [NFI] UP THERE IN TOWN OR WHAT.   DAN NEGATED BUT ADDED THAT IT WOULD BE QUICK.  TOBY ACKNOWLEDGED
DAN COULDN'T GET IT THERE BUT THAT DAN'S HOMIES ALREADY HAD IT [U/I]
TOBY ASKED IF SO.  DAN AFFIRMED.
TOBY JUST WANTED TO SEE AND ADDED TOBY WOULD HIT UP EVERYBODY THAT OWED TOBY AND SEE WHAT TOBY COULD GET
DAN ACKNOWLEDGED AND SAID HE TOO WAS JUST WAITING
TOBY ADDED HE HAD ALREADY HEARD BACK FROM ONE OF THEM (OWES TOBY) AND THAT HE [NFI] WAS GOING TO SEE WHAT HE COULD DO.  DAN ACKNOWLEDGED.
[END OF CALL]



U.S. v. Jacquez et al. (linesheets)   2943