Linesheet                                                                 User:   Janett Rios

| Case: | MS-14-0093 | Target: | 5759565668-010115 | Line: | 5759565668-010115 | File Number: | |
|---|---|---|---|---|---|---|---|
| Session: | 1034 | Date: | 01/15/2015 | Classification: | Non-Pertinent | Duration: | 00:00:32 |
| Monitored By: | jesuss | Start Time: | 16:27:33 MST | Complete: | Not Completed | Direction: | Incoming |
| In Digits: | 5755372552 | Asscociate Number: | (575) 537-2552 | Participants: | BRENDA PADILLA, TOBY | | |

### Synopsis
A/O:  I'M SORRY THE PERSON YOU ARE TRYING TO REACH HAS A VOICEMAIL BOX...
JS

| Session: | 1035 | Date: | 01/15/2015 | Classification: | Pertinent | Duration: | 00:03:05 |
|---|---|---|---|---|---|---|---|
| Monitored By: | jesuss | Start Time: | 16:28:59 MST | Complete: | Completed | Direction: | Incoming |
| In Digits: | 5756543442 | Asscociate Number: | (575) 654-3442 | Participants: | PADILLA, TOBY SUBSCRIBER JAMES CHAPIN | | |

### Synopsis
JAMES TO TOBY
JAMES SAID HE WAS JUST DROPPING OFF SOME TOOLS.  TOBY ASKED JAMES WHAT TOOL WAS JAMES USING.  JAMES REPLIED THAT THE JACK AND RACHETS AND SOCKETS.  TOBY ASKED JAMES IF JAMES BROUGHT THE TIRES.  TOBY ASKED JAMES AFFIRMED AND SAID THAT JAMES PUT THEM (TIRES) ON BUT CRIS BROUGHT JAMES SO HE DIDN'T WANT...TOBY STATED THAT HE WOULD DO IT AND HE WAS TOBY WAS GOING OVER THERE RIGHT NOW.
TOBY ASKED JAMES IF JAMES [U/I] CALLED ID FORM ARLINGTON TEXAS.  JAMES NEGATED AND SAID THAT JAMES CALLED TOBY  FROM THE HOUSE BECAUSE JAME'S PHONE DIED AND DIDN'T HAVE NO CHARGER AND JAMES MIGHT GO TO JAME'S MOM AND PLUG IT IN FOR A WHILE.  TOBY MENTIONED THAT IT CAME OUT WITH NO CALLER ID, SO TOBY DIDN'T KNOW WHO WAS CALLING.  JAMES ASKED TOBY IF TOBY WAS GOING TO BE AT GRANDMA'S.  TOBY AFFIRMED.  JAMES TOLD TOBY THAT JAMES CALLED FROM THE HOUSE PHONE A MINUTE BEFORE THIS ONE (CALL).  TOBY INFORMED JAMES THAT IT CAME OUT AS ARLINGTON TEXAS WITH A 806 NUMBER.  JAMES INSISTED THAT JAMES USED THIS PHONE RIGHT HERE, THE HOUSE PHONE.  TOBY SAID THAT IT WAS BECAUSE THEY [UNK] WERE FUCKING WITH TOBY'S PHONE.  JAMES SAID PROBABLY.
JAMES INFORMED TOBY THAT JAMES HAD THE TRAILER LEVEL ALREADY AND CLEANED OUT ALL THE CABINETS, ALL THE INSULATION THAT WAS NO GOOD IN THE CORNER.  JAMES SAID THAT HE NEEDED SOME [U/I] TO CUT SOME PIECES [U./I] CORNER.
JAMES ASKED ABOUT FREDDY.  TOBY REPLIED THAT TOBY DIDN'T KNOW WHERE FREDDY WAS.  JAMES SAID THAT THEY BROUGHT FLAUTAS (MEXICAN FOOD).  TOBY MENTIONED THAT DEFINITELY TOBY WAS GOING TO EAT SOME FLAUTAS.  JAMES ASKED TOBY IF TOBY COULD GO UP THERE.  TOBY MENTIONED THAT TOBY COULD GO UP THERE.  JAMES MENTIONED THAT JAMES THAT HE COULD JUST TELL CRIS TO LEAVE AND JAMES WOULD MEET WITH HER LATER.
TOBY ACKNOWLEDGED
***PERT***



GOVERNMENT EXHIBIT 13

U.S. v. Jacquez et al. (linesheets)  2504

**Linesheet** User: Janett Rios

| Case: | MS-14-0093 | Target: | 5759565668-010115 | Line: | 5759565668-010115 | File Number: | |

TOBY TOLD JAMES THAT TOBY PAID THIS DUDE AND HE [UNK] DIDN'T HAVE NOTHING ON HIM. TOBY MENTIONED THAT HE WAS GOING TO TRY ANOTHER PLACE IN HURLEY RIGHT NOW. JAMES STATED THAT HE HAD LIKE FOUR OF FIVE PEOPLE WAITING ON ANY METH [PH]. TOBY CONCURRED THAT HE ALSO HAD PEOPLE (WAITING). JAMES MENTIONED THAT CHARLIE HAD BEEN HAPPY ALL MORNING. TOBY ASKED WHY AND ASKED IF IT WAS BECAUSE HE (CHARLIE)... JAMES SAID THAT HE DIDN'T KNOW WHAT ELSE TO DO. TOBY SAID THAT WAS COOL. JAMES SAID THAT JAMES WOULD SEE WHAT HE COULD DO. PARTIES SAID LATER.
[END OF CALL]
JS

| Session: | 1036 | Date: | 01/15/2015 | Classification: | Non-Pertinent | Duration: | 00:00:00 |
| Monitored By: | jesuss | Start Time: | 16:32:37 MST | Complete: | Not Completed | Direction: | None |
| | | Asscociate Number: | | Participants: | PADILLA, TOBY | | |

**Synopsis**
NO CONNECTION
JS

| Session: | 1037 | Date: | 01/15/2015 | Classification: | Non-Pertinent | Duration: | 00:02:27 |
| Monitored By: | jesuss | Start Time: | 16:51:37 MST | Complete: | Completed | Direction: | Incoming |
| In Digits: | 5756543442 | Asscociate Number: | (575) 654-3442 | Participants: | PADILLA, TOBY SUBSCRIBER JAMES CHAPIN | | |

**Synopsis**
JAMES TO TOBY
JAMES SAID THAT PART FREDDY WAS GETTING THEY COULD NOT GET IT SO JAMES CALLED DAVID, AND DAVID SAID THAT DIDN'T GO BAD AND DAVID ADVISED TO SAND IT WITH BRILLO OR SAND PAPER AND NOT TO TOUCH THE PORCELAIN AND SAND THE CARBON BUILD UP.
[CALL MINIMIZED @ 16:52:46 SPOT CHECK @ 16:52:59]
JAME SAID THAT THEY NEEDED TO CLEAN THAT PART. TOBY SAID THAT IT ACTED LIKE A THERMO COUPLER.
[CALL MINIMIZED @ 16:53:15  SPOT CHECK @ 16:53:30]
JAMES ADVISED FOR TOBY NOT TO TOUCH IT WITH HIM BECAUSE HE COULD CRYSTALIZED THE INSIDE OF IT.
JAMES ASKED IF HE SHOULD DO THAT REAL QUICK RIGHT NOW. TOBY AFFIRMED.

U.S. v. Jacquez et al. (linesheets)  2505