**Linesheet**                                      User:   Janett Rios

| Case: | MS-14-0093 | Target: | 5759565668-010115 | Line: | 5759565668-010115 | File Number: | |

### Synopsis
A/O: I'M SORRY THE PERSON YOU ARE TRYING TO REACH HAS A VOICEMAIL BOX THAT HAS NOT BEEN SET UP YET, PLEASE TRY YOUR CALL AGAIN LATER. GOOD BYE.
RG

| Session: | 1112 | Date: | 01/16/2015 | Classification: | Non-Pertinent | Duration: | 00:00:32 |
| Monitored By: | rubyg | Start Time: | 19:32:41 MST | Complete: | Not Completed | Direction: | Incoming |
| In Digits: | 5755742491 | Asscociate Number: | (575) 574-2491 | Participants: | PADILLA, TOBY | | |
| | | | | | TT3 DANIEL JACQUEZ AKA DAN/DANNY | | |

### Synopsis
A/O: I'M SORRY THE PERSON YOU ARE TRYING TO REACH HAS A VOICEMAIL BOX THAT HAS NOT BEEN SET UP YET, PLEASE TRY YOUR CALL AGAIN LATER. GOOD BYE.
RG

| Session: | 1113 | Date: | 01/16/2015 | Classification: | Pertinent | Duration: | 00:01:05 |
| Monitored By: | rubyg | Start Time: | 19:34:09 MST | Complete: | Completed | Direction: | None |
| | | Asscociate Number: | | Participants: | PADILLA, TOBY | | |

### Synopsis
[X-REFERENCE WITH C-1493 ON TT-3]
[NO CONTACT ID/NO DIRECT
TOBY TO DAN
DAN INSTRUCTED TOBY OVER TO DAN'S MOTHER-IN-LAW'S AND TOBY ACKNOWLEDGED. DAN SAID IT [NFI] WAS THAT FOUR PIECE TOO. TOBY ACKNOWLEDGED AND THANKED DAN. TOBY ASKED DAN HOW MUCH THAT [NFI] WAS FOR AND IF THE SAME.
DAN NOTIFIED TOBY THAT DAN ALREADY TALKED TO THE HOMIE [NFI] AND THAT IT WAS GONNA BE ALL GOOD IF THEY (DAN ET AL) COULD GET RID OF THAT [NFI] QUICK LIKE BY SUNDAY OR MONDAY. TOBY ACKNOWLEDGED. DAN ADDED THAT HE [UNK] WAS GOING TO DOUBLE IT NEXT TIME. TOBY ACKNOWLEDGED. DAN STATED THAT THEY [UNK] ARE TRYING TO WORK ON THAT NOW THAT THEY [UNK] ARE BACK FROM VACATION. DAN SAID IT WAS ALL GOOD. DAN REITERATED THAT HE [UNK] SAID THAT IF DAN AND TOBY COULD GET RID OF THAT ONE [NFI] REAL QUICK AND THEN BY SUNDAY OR MONDAY IF DAN AND TOBY WERE BOTH READY HE [UNK] WOULD SEND DOUBLE NEXT TIME. TOBY ACKNOWLEDGED AND SAID TOBY WOULD DO THAT THEN. DAN SAID IT WAS ALL GOOD IT'S RIGHT NOW. TOBY ACKNOWLEDGED AND SAID TOBY WOULD SEND HIM (FREDDY) RIGHT NOW. PARTIES SAID BYES.
[END OF CALL]


GOVERNMENT EXHIBIT 14

U.S. v. Jacquez et al. (linesheets) 2533