**Linesheet**                                                                                          User:    Janett Rios

| Case: | MS-14-0093 | Target: | 5759565668-010115 | Line: | 5759565668-010115 | File Number: | |

MINUTES AFTER BUBU SEES FREDDY THEN BUBU WOULD GO OVER THERE [NFI] AND IF HE [UNK] STARTS WITH HIS [UNK] LYING. BUBU WILL CALL TOBY AND PUT TOBY ON THE PHONE AND TOBY WILL TELL HIM [UNK] TOBY ASKED IF FRANK. BUBU AGREED AND TOBY AGREED. BUBU SAID THAT IT WAS GETTING ROUGH BORROWING TOOLS WHEN [U/I] ALL THAT. TOBY TOLD BUBU TO LET TOBY KNOW. BUBU THEN ASKED TOBY FOR A FAVOR IF TOBY COULD SEND ABOUT A HANDFUL OF BAGGIES. TOBY SAID TOBY WOULD. PARTIES SAID BYE.
[END OF CALL]
RG/SV

| Session: | 1120 | Date: | 01/16/2015 | Classification: | Pertinent | Duration: | 00:00:32 |
| Monitored By: | rubyg | Start Time: | 22:12:57 MST | Complete: | Completed | Direction: | Incoming |
| In Digits: | 5755742491 | Asscociate Number: | (575) 574-2491 | Participants: | PADILLA, TOBY / TT3 DANIEL JACQUEZ AKA DAN/DANNY | | |

**Synopsis**

[X-REF CALL TT-3]
DAN TO TOBY
PARTIES GREETED. TOBY TOLD DAN THAT TOBY GOT THAT [NFI] ALREADY. DAN ACKNOWLEDGED. TOBY REPLIED THAT TOBY WAS BARELY CHECKING IT [NFI] OUT RIGHT NOW AND ADDED IT [NFI] WAS ALL THERE [NFI]. DAN ACKNOWLEDGED. PARTIES SAID BYES.
[END OF CALL]
RG/SV

| Session: | 1121 | Date: | 01/16/2015 | Classification: | Non-Pertinent | Duration: | 00:00:42 |
| Monitored By: | rubyg | Start Time: | 23:13:28 MST | Complete: | Completed | Direction: | None |
| | | Asscociate Number: | | Participants: | PADILLA, TOBY | | |

**Synopsis**

TOBY TO FREDDY
TOBY ASKED IF SOMEBODY HAD CHANGED THE COMBINATION ON THE LOCK OF THE TRAILER. FREDDY NEGATED AND SAID THAT BECAUSE IT WAS COLD TOBY HAD TO MOVE IT AROUND. TOBY ACKNOWLEDGED AND SAID HE WAS TRYING TO OPEN IT RIGHT NOW AND ASKED IF IT (LOCK) HAD GOTTEN FROZEN THEN. FREDDY ACKNOWLEDGED.
FREDDY SAID IT HAPPENED TO HIM LAST NIGHT...
[CALL DISCONNECTED]



GOVERNMENT EXHIBIT 16

U.S. v. Jacquez et al. (linesheets)  2541