DEFENDANT'S EXHIBIT 5

# Douglas E. Couleur, P.A.

**From:** Gee Romero <glrjr51@gmail.com>
**Sent:** Wednesday, January 20, 2021 9:09 PM
**To:** Douglas E. Couleur, P.A.
**Subject:** Toby Padilla letter to warden


Hello Mr. Romero,
The mission of the Bureau of Prisons is to ensure the safety and security of all inmates.  As you may understand, the privacy and rights of our inmates are protected at all times.  We are not allowed to disclose any information.

**Please send any future concerns or requests to this email address.**

- Executive Assistant


-------- Original message --------
From: Gee Romero <glrjr51@gmail.com>
Date: 11/7/20 12:58 PM (GMT-08:00)
To: Rick Marques <rmarques@bop.gov>
Subject:


>>> "Gee Romero" 11/07/2020 15:58 >>>
Dear Warden Marques,

      I am asking that you please consider granting my uncle Toby
Padilla companionate release. Since circumstances have changed at FCI Big
Springs and now 6 staff members and over a hundred inmates including my
uncle Toby Padilla have COVID-19.
In keeping with BOP Program Statement 5050.50,18U.S.C.3582 and the Attorney
General's directive to reduce the inmate population in order to protect
inmates,staff,and the communities at large from the spread of COVID-19. My
uncle has high blood pressure which he takes medication for twice a day. He
currently takes 40mg. Lisinopril every morning and 10 mg. Amlodipine every
night. He also has foot drop on left leg from a gun wound. Based on my
uncles medical records he has a first floor pass and a lower bunk pass.
Studies to date also reflect that he is at a heightened risk to get
COVID-19 again even after he has gone through it once due to his age, high
blood pressure, and him being over weight. Should the infectious and highly
contagious disease continue to spread through your facility, as is
anticipated based on the experiences of other BOP facilities despite the i
tensions of the BOP to take steps to mitigate the spread of COVID-19. His
ability to self care against COVID-19 is substantially diminished because
he cannot isolate himself or take other proactive necessary steps to
protect his self as recommended by the Center for Disease Control and
Prevention. If released my uncle will reside with his mother or with me
which will be his choice. He has job opportunities if released and has no
objection to participating in the location monitoring program. He also has
an exemplary institutional record no write ups. He is currently on out

custody waiting to go to a camp. He almost has 50 % of his time completed.
During that time. He has participated in a number of programs offered by
the BOP to assist in his transition back into the community accordingly ,
he will not be a danger to the community if released.

Thank you for your thoughtful consideration of this request.

Kind regards,
Gary Romero