DEFENDANT'S EXHIBIT 6

