```
   BIGGZ            *         INMATE EDUCATION DATA         *      01-29-2021
PAGE 001 OF 001 *                    TRANSCRIPT             *       13:42:34

REGISTER NO: 29956-051      NAME..: PADILLA                   FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: BIG-BIG SPRING FCI


--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
BIG  ESL HAS    ENGLISH PROFICIENT           07-26-2005 0905 CURRENT
BIG  GED HAS    COMPLETED GED OR HS DIPLOMA  07-26-2005 0959 CURRENT


---------------------------- EDUCATION COURSES ------------------------------
SUB-FACL   DESCRIPTION                    START DATE  STOP DATE EVNT AC LV  HRS
BIG        HEALTHY MIND WEIGHT MANAGEMENT 11-21-2020 12-13-2020  P   C  P    4
BIG        HEALTHY MIND EAT SMART JOURNAL 08-10-2020 12-13-2020  P   C  P    2
BIG        1ST SECTION BASIC COMPUTER AM  06-05-2019 12-20-2019  P   C  E  359
BIG        RPP 1 - A & O COMPLETE         04-25-2019 04-25-2019  P   C  P    1
TCN        ORGANIZATIONAL BEHAVIOR- PIMA  01-15-2019 03-07-2019  C   C  P    0
TCN        SELF-STUDY: AFRICA 1           12-26-2018 01-04-2019  P   C  P    4
TCN        SELF-STUDY: AFRICA II          12-26-2018 01-04-2019  P   C  P    4
TCN        BASIC NUTRITION - RPP1-HN      12-26-2018 01-04-2019  P   C  P    6
TCN        WORLD RELIGIONS: ISLAM         12-26-2018 01-04-2019  P   C  P    6
TCN        ACE CLASS CHASING BIGFOOT      12-26-2018 01-04-2019  P   C  P    8
TCN        HUMAN RELATIONS                10-09-2018 12-04-2018  C   C  P    0
TCN        USPO,CCM,CCC CLASS             06-04-2008 06-04-2008  P   C  P    2
TCN        ENGLISH PARENTING CLASS        11-29-2007 01-10-2008  P   C  P   36
TCN        ACE BUSINESS FINANCE           11-08-2007 01-17-2008  P   C  P   30
TCN        EDUCATION RPP BANK ON IT       12-12-2007 12-12-2007  P   C  P    1
TCN        CAGE YOUR RAGE                 09-19-2005 10-08-2005  P   C  P    4
TCN        PRISON FELLOWSHIP COMPLETED    07-23-2005 07-24-2005  P   C  P   14




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

DEFENDANT'S EXHIBIT 9