```
 SCRBI            *        PUBLIC INFORMATION           *      12-14-2020
PAGE 001          *           INMATE DATA               *      15:29:39
                           AS OF 12-14-2020


REGNO..: 29956-051 NAME: PADILLA, TOBY CHAPIN

                     RESP OF: BIG
                     PHONE..: 432-466-2300    FAX: 432-466-2576
                                              RACE/SEX...: WHITE / MALE
                                              AGE:   48
PROJ REL MT: GOOD CONDUCT TIME RELEASE        PAR ELIG DT: N/A
PROJ REL DT: 04-04-2027                       PAR HEAR DT:
```

**DEFENDANT'S EXHIBIT 10**

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
  SCRBI             *        PUBLIC INFORMATION           *    12-14-2020
PAGE 002             *           INMATE DATA               *    15:29:39
                             AS OF 12-14-2020


REGNO..: 29956-051 NAME: PADILLA, TOBY CHAPIN

                    RESP OF: BIG
                    PHONE..: 432-466-2300    FAX: 432-466-2576
HOME DETENTION ELIGIBILITY DATE: 10-04-2026

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  04-04-2027 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 040 ------------------------

COURT OF JURISDICTION..........: NEW MEXICO
DOCKET NUMBER..................: 2:15CR01515-002RB
JUDGE..........................: BRACK
DATE SENTENCED/PROBATION IMPOSED: 06-26-2018
DATE COMMITTED.................: 07-20-2018
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO

               FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.: $1,000.00       $00.00          $00.00         $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  391     21:846 SEC 841-851 ATTEMPT
OFF/CHG: 21:846 CONSP TO VIOLATE 21:841(B)(1)(C); 21:841(B)(1)(C)
         DIST OF A MIXTURE & SUBSTANCE CONTAINING METH; 21:843(B) USE
         OF A COMMUNICATION FACILITY TO FURTHER THE COMMISSION OF A DRG
         TRAFFICKING CRIME (CTS.8-12,24); 21:841(B)(1)(A) PWITD 50 GM
         & MORE OF METH; 18:922(G)(1) FELON IN POSS OF A F/A & AMMO

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    168 MONTHS
 TERM OF SUPERVISION............:      5 YEARS
 DATE OF OFFENSE................: 08-23-2014




G0002        MORE PAGES TO FOLLOW . . .
```

```
  SCRBI           *        PUBLIC INFORMATION         *       12-14-2020
PAGE 003          *            INMATE DATA            *       15:29:39
                            AS OF 12-14-2020

REGNO..: 29956-051 NAME: PADILLA, TOBY CHAPIN

                      RESP OF: BIG
                      PHONE..: 432-466-2300   FAX: 432-466-2576
-------------------------CURRENT COMPUTATION NO: 040 -------------------------

COMPUTATION 040 WAS LAST UPDATED ON 03-06-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 07-24-2018 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 040: 040 010

DATE COMPUTATION BEGAN..........: 06-26-2018
TOTAL TERM IN EFFECT............:   168 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    14 YEARS
EARLIEST DATE OF OFFENSE........: 08-23-2014

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     04-30-2015    06-25-2018

TOTAL PRIOR CREDIT TIME.........: 1153
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 756
TOTAL GCT EARNED................: 270
STATUTORY RELEASE DATE PROJECTED: 04-04-2027
ELDERLY OFFENDER TWO THIRDS DATE: 08-29-2024
EXPIRATION FULL TERM DATE.......: 04-29-2029
TIME SERVED.....................:     5 YEARS      7 MONTHS     15 DAYS
PERCENTAGE OF FULL TERM SERVED..:  40.2
PERCENT OF STATUTORY TERM SERVED:  47.1

PROJECTED SATISFACTION DATE.....: 04-04-2027
PROJECTED SATISFACTION METHOD...: GCT REL




G0002        MORE PAGES TO FOLLOW . . .
```